# UNITED STATES DISTRICT COURT

District of __COLUMBIA__

FILED
JUL 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff Troy Hopkins

V.

Defendant  AUSA Elisabeth Poteat
AUSA Emory Cole
S.A. Timothy Ervin
S.A. Jesus Gomez

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 08 1255

I, __Troy Hopkins__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __DC Jail 1901 D Street SE WDC__

   Are you employed at the institution? __Yes__    Do you receive any payment from the institution? __Yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends    ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments    ☐ Yes    ☑ No
   e. Gifts or inheritances    ☐ Yes    ☑ No
   f. Any other sources    ☑ Yes    ☐ No

RECEIVED
JUL 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. __Family and love ones send money for personal needs__

2

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☑ No

   If "Yes," state the total amount. _none_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

5. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

declare under penalty of perjury that the above information is true and correct.

_6/24/08_
Date

_Tuoz Hoyelin_
Signature of Applicant

)TICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, risoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach certified statement of each account.

## ORDER OF THE COURT

| application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge      Date | United States Judge      Date |